Form 7
(12/03)

**United States Bankruptcy Court**

**District of Idaho**

In re   David R. Porter    
DeAnn F. Porter    Case No. **04-32528**

Debtor(s)    Chapter **13**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| $443.00 | **Wife 2004 YTD: Bloomers Flowers & Gifts** |
| $3,575.00 | **2003:  Bloomers Flowers & Gifts** |
| $1,154.00 | **2002:  Bloomers Flowers & Gifts** |
| $30,715.00 | **Husband 2004 YTD:  Learnkey;  Self:  Office manager/Ind Contract Mortgage Broker working through Desert Valley Mortgage; Insurance residuals from Kanawha Insurance Company** |
| $100,990.00 | **2003: Learnkey Inc, Self:  Ind contract labor for Learnkey Inc., Insurance residuals from Kanawha Insurance Company** |
| $64,283.00 | **2002: Learnkey Inc., Worksite Financial Services Inc., The Guardian Life Insurance, Washington School District, Self: Insurance Agent: commission/residuals from Kanawha Insurance Company** |

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037



0432528D4

**2. Income other than from employment or operation of business**

None
■ State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|

**3. Payments to creditors**

None
■ a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■ b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Bruce McDonald dba The Vault Gun and Pawn Vs. Dave Porter** | **Summons** | **IN THE FIFTH DISTRICT COURT AND FOR IRON COUNTY, STATE OF UTAH** | **Pending** |
| **Bruce McDonald dba The Vault Gun and Pawn Vs. Dave Porter and Bruce Porter** | **Plaintiff's First Set of Interogatories, Requests for Admission and Request for Production of Documents** | **IN THE FIFTH JUDICIAL DISTRICT COURT IN AND FOR IRON COUNTY, STATE OF UTAH** | **Pending** |
| **Bonneville Billing & Collections Vs. Dave Porter** | **Summons** | **IN THE FIFTH JUDICIAL DISTRICT COURT, STATE OF UTAH WASHINGTON COUNTY, ST. GEORGE DEPARTMENT** | **Pending** |
| **Linette C. Rollins Vs. David R. Porter** | **Small Claims** | **FOURTH DISTRICT COURT, STATE OF UTAH** | **Pending** |
| **American Collection Recovery Inc. Vs. David Porter** | **Judgement** | **ST. GEORGE DISTRICT COURT, STATE OF UTAH WASHINGTON COUNTY, ST. GEORGE DEPARTMENT** | **Pending** |

None ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 5. Repossessions, foreclosures and returns

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Americredit** **P.O. Box 200442** **Dallas, TX 75320** | **2/2003** | **1998 Ford Expedition** **Value $13,362.04** |

### 6. Assignments and receiverships

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

#### 9. Payments related to debt counseling or bankruptcy

None
■  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

|  |  |  |
|---|---|---|
| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |

#### 10. Other transfers

None
■  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  |  |  |
|---|---|---|
| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |

#### 11. Closed financial accounts

None
■  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  |  |  |
|---|---|---|
| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |

#### 12. Safe deposit boxes

None
■  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  |  |  |  |
|---|---|---|---|
| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |

#### 13. Setoffs

None
■  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  |  |  |
|---|---|---|
| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |

#### 14. Property held for another person

None
■  List all property owned by another person that the debtor holds or controls.

|  |  |  |
|---|---|---|
| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |

**15. Prior address of debtor**

None
■ If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                              NAME USED                              DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None
■ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

#### 18 . Nature, location and name of business

None ☐  a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| David Porter | | Debtor's Address | Insurance Sales | 2002 |
| David Porter | | Debtor's Address | Independent Mortgage Broker working through Desert Valley Mortgage | 5/04 to present |

None ■  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

#### 19. Books, records and financial statements

None ■  a. List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                    DATES SERVICES RENDERED

None ■  b. List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

None ■  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                    ADDRESS

None ■  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                                                    DATE ISSUED

**20. Inventories**

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

|                   |                      | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|-------------------|----------------------|-----|
| DATE OF INVENTORY | INVENTORY SUPERVISOR | |

None ■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

|                   | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|------|
| DATE OF INVENTORY | |

**21 . Current Partners, Officers, Directors and Shareholders**

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|------------------------|

None ■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|------------------|-------|------------------------------------------|

**22 . Former partners, officers, directors and shareholders**

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|-----------------------------------------------------|--------------------------------|------------------------------------------------------|

**24. Tax Consolidation Group.**

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER |
|----------------------------|--------------------------------|

**25. Pension Funds.**

None
■
If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                          TAXPAYER IDENTIFICATION NUMBER

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date ___08/17/04___          Signature _____
                                        David R. Porter
                                        Debtor

Date ___8/17/04___           Signature _____
                                        DeAnn F. Porter
                                        Joint Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## United States Bankruptcy Court
### District of Utah

In re    **David R. Porter,**
       **DeAnn F. Porter**

Case No. _____ **04-32528** _____

Debtors

Chapter _____ **13** _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 15,940.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 14,410.75 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | 38,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 11 | | 87,082.90 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 5,638.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 4,888.00 |
| Total Number of Sheets of ALL Schedules | | 23 | | | |
| Total Assets | | | 15,940.00 | | |
| Total Liabilities | | | | 139,493.65 | |

In re  **David R. Porter,**
     **DeAnn F. Porter**

Case No. **04-32528**

Debtors

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **0.00** | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **David R. Porter,**
     **DeAnn F. Porter**

Case No. ____**04-32528**____

Debtors

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash on Hand** | J | **50.00** |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wells Fargo Bank: Checking Account** | J | **0.00** |
| | | | **Wells Fargo Bank: Savings Account** | J | **0.00** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **2 sofas, 2 loveseats, coffee table, 2 tv's, 3 end tables, 2 vcr's, dvd player  v:$210 6 beds/bedding, 4 dressers, refrigerator, freezer, iron  v:$500 Kitchen table & 8 chairs, hutch  v:$280** | J | **990.00** |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **Debtors and Childrens Clothing Location: In Debtor's possession** | J | **300.00** |
| 7. | Furs and jewelry. | | **Man's wedding band, and Woman's diamond wedding ring** | J | **250.00** |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | **2 lawnmowers, 5 kid's bikes, bbq In Debtor's Possession** | J | **150.00** |
| | | | **Drill, saw, and sander Location: In Debtor's possession** | J | **50.00** |

Sub-Total >     **1,790.00**
(Total of this page)

  **2**  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re  **David R. Porter,**
   **DeAnn F. Porter**

Case No. ___**04-32528**___

Debtors

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash on Hand** | J | 50.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wells Fargo Bank: Checking Account** | J | 0.00 |
| | | | **Wells Fargo Bank: Savings Account** | J | 0.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **2 sofas, 2 loveseats, coffee table, 2 tv's, 3 end tables, 2 vcr's, dvd player  v:$210 6 beds/bedding, 4 dressers, refrigerator, freezer, iron  v:$500 Kitchen table & 8 chairs, hutch  v:$280** | J | 990.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **Debtors and Childrens Clothing Location: In Debtor's possession** | J | 300.00 |
| 7. | Furs and jewelry. | | **Man's wedding band, and Woman's diamond wedding ring** | J | 250.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | **2 lawnmowers, 5 kid's bikes, bbq In Debtor's Possession** | J | 150.00 |
| | | | **Drill, saw, and sander Location: In Debtor's possession** | J | 50.00 |

Sub-Total >    1,790.00
(Total of this page)

__2__ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **David R. Porter,**                          Case No.   **04-32528**
         **DeAnn F. Porter**

Debtors

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >        **0.00**
(Total of this page)

Sheet  **1**  of  **2**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                  Best Case Bankruptcy

In re  **David R. Porter,**
  **DeAnn F. Porter**

Case No. _____ **04-32528** _____

Debtors

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1999 Ford Expedition **Location: In Debtor's possession** | J | 14,000.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | | Computer/printer, fax, desk **Location: In Debtor's possession** | J | 150.00 |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 14,150.00 |
| Total > | 15,940.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re  **David R. Porter,**
**DeAnn F. Porter**

Case No. ___04-32528___

Debtors

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
*[Check one box]*

☐ 11 U.S.C. §522(b)(1):  Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.

■ 11 U.S.C. §522(b)(2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Household Goods and Furnishings** | | | |
| **2 sofas, 2 loveseats, coffee table, 2 tv's,** | Utah Code Ann. § 78-23-8(1)(a) | 210.00 | 990.00 |
| **3 end tables, 2 vcr's, dvd player  v:$210** | Utah Code Ann. § 78-23-8(1)(b) | 280.00 | |
| **6 beds/bedding, 4 dressers, refrigerator,** | Utah Code Ann. § 78-23-5(a)(vii) | 500.00 | |
| **freezer, iron  v:$500** | | | |
| **Kitchen table & 8 chairs, hutch  v:$280** | | | |
| | | | |
| **Wearing Apparel** | | | |
| **Debtors and Childrens Clothing** | Utah Code Ann. § 78-23-5(a)(vii) | 300.00 | 300.00 |
| **Location: In Debtor's possession** | | | |
| | | | |
| **Furs and Jewelry** | | | |
| **Man's wedding band, and** | Utah Code Ann. § 78-23-8(1)(d) | 250.00 | 250.00 |
| **Woman's diamond wedding ring** | | | |
| | | | |
| **Office Equipment, Furnishings and Supplies** | | | |
| **Computer/printer, fax, desk** | Utah Code Ann. § 78-23-8(2) | 150.00 | 150.00 |
| **Location: In Debtor's possession** | | | |

___0___  continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form D6D
(12/03)

In re  **David R. Porter,**
      **DeAnn F. Porter**

Case No. ___04-32528___

_____,
Debtors

## SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. xxxxxxxxx1784 | | | | | 9/2003 | | | | | |
| Creditor #: 1 Bank One P.O. Box 260161 Baton Rouge, LA 70826 | | | | J | Purchase Money Security 1999 Ford Expedition Location: In Debtor's possession | | | | | |
| | | | | | Value $              14,000.00 | | | | 14,410.75 | 410.75 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

__0__  continuation sheets attached

|  | Subtotal (Total of this page) | 14,410.75 |
|---|---|---|
|  | Total (Report on Summary of Schedules) | 14,410.75 |

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6E
(12/03)

In re    **David R. Porter,**                  Case No. _____ **04-32528** _____
         **DeAnn F. Porter**

Debtors

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

■ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**1**_____ continuation sheets attached

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

Form B6E - Cont
(12/03)

In re   **David R. Porter,**
        **DeAnn F. Porter**

Case No. ___04-32528___

Debtors

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx-2267**<br>**Creditor #: 1**<br>**Internal Revenue Service**<br>**Attn: Special Procedures**<br>**50 South 200 East, Mail Stop 5021**<br>**Salt Lake City, UT 84111** | | J | **1997-2003**<br><br>**Income Taxes** | | | | 30,000.00 | 10,000.00 |
| Account No.<br>**Creditor #: 2**<br>**Office of Recovery Services**<br>**515 East 100 South**<br>**PO Box 45011**<br>**SLC, UT 84145-0011** | | J | **Notice Only** | | | | 0.00 | 0.00 |
| Account No. **xxx-xx-2267**<br>**Creditor #: 3**<br>**Utah State Tax Commission**<br>**Attn: Bankruptcy Unit**<br>**210 North 1950 West**<br>**Salt Lake City, UT 84134** | | J | **1997-2003**<br><br>**State Taxes** | | | | 8,000.00 | 3,000.00 |
| Account No.<br><br>**Representing:**<br>**Utah State Tax Commission** | | | **GC Servieces Limited Partnership**<br>**Collection Agency Divsion**<br>**6330 Gulfton**<br>**Houston, TX 77081** | | | | | |
| Account No. | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 38,000.00 | |
| Total<br>(Report on Summary of Schedules) | 38,000.00 | |

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F
(12/03)

In re    **David R. Porter,**             Case No.   **04-32528**
         **DeAnn F. Porter**

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx4728**<br><br>**Creditor #: 1**<br>**AFS Inc.\Iceberg**<br>**P.O. Box 369**<br>**Draper, UT 84020** | | J | 5/06/04<br>**Returned Check** | | | | 155.00 |
| Account No.<br><br>**Representing:**<br>**AFS Inc.\Iceberg** | | | Curtis L. Wenger<br>P.O. Box 395<br>**Draper, UT 84020** | | | | |
| Account No. **xxxxxxxxxx0078**<br><br>**Creditor #: 2**<br>**Albertson's**<br>**745 North Dixie Dr.**<br>**Saint George, UT 84770** | | J | 4/30/04<br>**Returned Check** | | | | 120.00 |
| Account No.<br><br>**Representing:**<br>**Albertson's** | | | **TRS Recovery Services**<br>**P.O. Box 4812**<br>**Houston, TX 77210** | | | | |

   **10**    continuation sheets attached                                          Subtotal
(Total of this page)    275.00

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037        S/N:29546-031103   Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **David R. Porter,**
       **DeAnn F. Porter**
                              Debtors

Case No. ___**04-32528**___

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx2749<br><br>Creditor #: 3<br>Americredit<br>P.O. Box 200442<br>Dallas, TX 75320 | | J | 2002<br>balance due on reposession<br>for 1998 Ford Expedition | | | | 13,362.04 |
| Account No.<br><br>Representing:<br>Americredit | | | Vengroff, Williams, & Associates, Inc.<br>P.O. Box 4155<br>Sarasota, FL 34230 | | | | |
| Account No.<br><br>Creditor #: 4<br>ARC Inc.<br>Mark H. Gould<br>875 West Baxter Dr.<br>South Jordan, UT 84095 | | J | 2000<br>Personal Loan<br>Collecting for Bill Brown | | | | 18,000.00 |
| Account No. xx1853<br><br>Creditor #: 5<br>AT&T Wireless<br>PO Box 78224<br>Phoenix, AZ 85062 | | J | 2000-2001<br>Cell Phone | | | | 628.29 |
| Account No.<br><br>Representing:<br>AT&T Wireless | | | AT&T CMC<br>Attn: Bankruptcy<br>PO Box 57907<br>Murray, UT 84157-0907 | | | | |

Sheet no. __1__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **31,990.33**

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re   David R. Porter,
        DeAnn F. Porter

Case No.  __04-32528__

                                                    Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Representing: AT&T Wireless** | | | **Bureau of Collection Recovery** 7575 Coprate Way Eden Prairie, MN 55344 | | | | |
| Account No. **Civil #xxxxx2027** **Creditor #: 6** **Bonneville Billing & Collection** PO Box 309 Ogden, UT 84402-0309 | | J | **2002 Judgement Collections for assorted companies** | | | | 959.06 |
| Account No. **Representing: Bonneville Billing & Collection** | | | **Ted K. Godfrey** P.O. Box 828 Ogden, UT 84402 | | | | |
| Account No. **Creditor #: 7** **Bruce McDonald** 2235 West Saddleback Cedar City, UT 84720 | | J | **2000 Personal Loan** | | | | 20,000.00 |
| Account No. **Representing: Bruce McDonald** | | | **Red B. Bushman** 115 East Social Hall Ave. Salt Lake City, UT 84111 | | | | |

Sheet no. __2__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    20,959.06

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form D6F - Cont
(12/03)

In re   **David R. Porter,**
      **DeAnn F. Porter**

Case No. ___**04-32528**___

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **471**<br><br>**Creditor #: 8**<br>**Coral Desert Surgery Center**<br>**P.O. Box 271371**<br>**Salt Lake City, UT 84127** | | J | 1/22/04<br>**Medical** | | | | 2,364.00 |
| Account No. **1036**<br><br>**Creditor #: 9**<br>**Dept. of Natural Resources**<br>**Division Parks & Recreation**<br>**P.O. Box 146001**<br>**Salt Lake City, UT 84114** | | J | 5/01/04<br>**Collections for Wells Fargo** | | | | 45.00 |
| Account No. **xxx-xxxx8276**<br><br>**Creditor #: 10**<br>**Dixie Regional Med Center**<br>**1380 E Medical Center Drive**<br>**Saint George, UT 84790** | | J | 4/08/04<br>**Medical** | | | | 753.00 |
| Account No. **x1576**<br><br>**Creditor #: 11**<br>**Dominoes**<br>**1006 West Sunset Blvd.**<br>**Saint George, UT 84770** | | J | 5/02/04<br>**Returned Check** | | | | 224.00 |
| Account No.<br><br>**Representing:**<br>**Dominoes** | | | **AMS**<br>**P.O. Box 910431**<br>**Saint George, UT 84791** | | | | |

Sheet no. __**3**__ of __**10**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,386.00

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F Cont.
(12/03)

In re   **David R. Porter,**
       **DeAnn F. Porter**

Case No. ___**04-32528**___

Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx482-1** <br><br> **Creditor #: 12** <br> **Gaylen Gurr, Anesthesiologist** <br> **354 East 600 South #204** <br> **Saint George, UT 84770** | | J | **2/04** <br> **Medical** | | | | 728.00 |
| Account No. **xxx-xxxx0359** <br><br> **Creditor #: 13** <br> **IHC** <br> **Accounts Receivable Management** <br> **P.O. Box 410400** <br> **Salt Lake City, UT 84141** | | J | **12/30/03** <br> **Medical** | | | | 904.46 |
| Account No. <br><br> **Representing:** <br> **IHC** | | | **ARC** <br> **4646 W Lake Park** <br> **PO Box 30191** <br> **SLC, UT 84130-0191** | | | | |
| Account No. <br><br> **Creditor #: 14** <br> **Kemp Burdick** <br> **63 South 300 East** <br> **Saint George, UT 84770** | | J | **2001** <br> **Services Rendered** | | | | 660.61 |
| Account No. <br><br> **Representing:** <br> **Kemp Burdick** | | | **Global Recovery Service** <br> **PO Box 221** <br> **Saint George, UT 84770** | | | | |

Sheet no.   **4**   of   **10**   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,293.07

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **David R. Porter,**
         **DeAnn F. Porter**

Case No. ___**04-32528**___

_____
                  Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 15**<br>**Linette Rollins**<br>**1610 South 1220 West**<br>**Vernal, UT 84078** | | J | **2003**<br>**Personal Loan** | | | | 4,800.00 |
| Account No. x3488<br>**Creditor #: 16**<br>**Maverick**<br>**PO Box 8888**<br>**Afton, WY 83110** | | J | **5/13/04**<br>**Returned Check** | | | | 90.00 |
| Account No. x1868<br>**Creditor #: 17**<br>**Maverick**<br>**PO Box 8888**<br>**Afton, WY 83110** | | J | **5/04/04**<br>**Returned Check** | | | | 90.00 |
| Account No. x3367<br>**Creditor #: 18**<br>**Maverick**<br>**PO Box 8888**<br>**Afton, WY 83110** | | J | **5/14/04**<br>**Returned Check** | | | | 80.00 |
| Account No. xxxxx1895<br>**Creditor #: 19**<br>**National DME**<br>**310 East 4500 South Ste 550**<br>**Salt Lake City, UT 84107** | | J | **3/01/04**<br>**Collections** | | | | 228.00 |

| | | |
|---|---|---|
| Sheet no. __5__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 5,288.00 |

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6F - Cont
(12/03)

In re    David R. Porter,
         DeAnn F. Porter

Case No.    04-32528

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxx192-0 <br><br> Creditor #: 20 <br> Nextel Communicatiosn <br> P.O. Box 7417 <br> Pasadena, CA 91109 | | J | 4/05/02 <br> Phone Bill | | | | 703.22 |
| Account No. x9075 <br><br> Creditor #: 21 <br> Orthopaedic Specialists <br> Scott A. Parry M.D. <br> 1490 East Foremaste Dr. #150 <br> Saint George, UT 84790 | | J | 6/17/04 <br> Medical | | | | 2,774.48 |
| Account No. x2150 <br><br> Creditor #: 22 <br> Papa Murphy's <br> 1006 West Sunset Blvd. <br> Saint George, UT 84770 | | J | 5/24/04 <br> Returned Check | | | | 179.16 |
| Account No. <br><br> Representing: <br> Papa Murphy's | | | AMS <br> P.O. Box 910431 <br> Saint George, UT 84791 | | | | |
| Account No. xxx-xxxxxx1887 <br><br> Creditor #: 23 <br> Qwest <br> Attn: Bankruptcy Dept. <br> P.O. Box 29060 <br> Phoenix, AZ 85038-9060 | | J | 5/13/02 <br> Phone Bill | | | | 591.50 |

Sheet no. __6__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,248.36

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F  Cont.
(12/03)

In re  **David R. Porter,**
　　　 **DeAnn F. Porter**

Case No. ___**04-32528**_____

_____
Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | JC | | | | | |
| Account No.<br><br>**Representing:**<br>**Qwest** | | | | | **Accent Service Company**<br>**7171 Mercy Rd. #350**<br>**Acct #67969891**<br>**Omaha, NE 68106** | | | | |
| Account No.<br><br>**Representing:**<br>**Qwest** | | | | | **Qwest Communications**<br>**Attn: Bankruptcy Dept.**<br>**PO Box 5508**<br>**Bismark, ND 58506** | | | | |
| Account No. **xxxxxxxxx3244**<br><br>**Creditor #: 24**<br>**Qwest**<br>**Attn: Bankruptcy Dept.**<br>**P.O. Box 29060**<br>**Phoenix, AZ 85038-9060** | | | | J | **2/18/02**<br>**Phone Bill** | | | | 174.36 |
| Account No.<br><br>**Representing:**<br>**Qwest** | | | | | **Accent Service Company**<br>**7171 Mercy Rd. #350**<br>**Acct #35975812**<br>**Omaha, NE 68106** | | | | |
| Account No. **xxx-xxx-xxx0-161**<br><br>**Creditor #: 25**<br>**Qwest**<br>**Attn: Bankruptcy Dept.**<br>**P.O. Box 29060**<br>**Phoenix, AZ 85038-9060** | | | | J | **2/04/03**<br>**Phone Bill** | | | | 365.33 |

Sheet no. __**7**__ of __**10**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 539.69

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont
(12/03)

In re  **David R. Porter,**
**DeAnn F. Porter**

Case No. ____04-32528____

Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br>**Representing:**<br>**Qwest** | | | | **Omnium Communication Receivable Svcs**<br>**PO Box 6195 Dept. 37**<br>**Omaha, NE 68106-0195** | | | | |
| Account No.<br>**Representing:**<br>**Qwest** | | | | **OSI Collection Services**<br>**12201 Tukwila Int'l Blvd. Ste 100**<br>**P.O. Box C-68965**<br>**Seattle, WA 98168** | | | | |
| Account No. **xx7397**<br>**Creditor #: 26**<br>**Sahara Motors**<br>**597 North Hwy 6**<br>**Delta, UT 84624** | J | | | **8/03**<br>**Services Rendered** | | | | 4,756.82 |
| Account No.<br>**Representing:**<br>**Sahara Motors** | | | | **EPN Inc.**<br>**P.O. Box 150**<br>**Provo, UT 84603** | | | | |
| Account No. **xxxxx7565**<br>**Creditor #: 27**<br>**Smith's**<br>**20 North Bluff**<br>**Saint George, UT 84770** | J | | | **5/14/04**<br>**Returned Check** | | | | 60.00 |

Sheet no. __8__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,816.82

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **David R. Porter,**
**DeAnn F. Porter**

Case No. ___**04-32528**___

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Representing:**<br>**Smith's** | | | **KCRC**<br>**P.O. Box 30650**<br>**Salt Lake City, UT 84130-0650** | | | | |
| Account No. **xxxxx7565**<br>**Creditor #: 28**<br>**Smith's**<br>**20 North Bluff**<br>**Saint George, UT 84770** | | J | **5/28/04**<br>**Returned Check** | | | | 70.00 |
| Account No.<br><br>**Representing:**<br>**Smith's** | | | **KCRC**<br>**P.O. Box 30650**<br>**Salt Lake City, UT 84130-0650** | | | | |
| Account No. **xxx7851**<br>**Creditor #: 29**<br>**Steven's Mini Mart**<br>**851 West Sunset Blvd.**<br>**Saint George, UT 84770** | | J | **4/28/04**<br>**Returned Check** | | | | 205.00 |
| Account No.<br><br>**Representing:**<br>**Steven's Mini Mart** | | | **Bonneville Collections**<br>**P.O. Box 150621**<br>**Ogden, UT 84415** | | | | |

Sheet no. __9__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

275.00

Form B6F - Cont.
(12/03)

In re   **David R. Porter,**
          **DeAnn F. Porter**

Case No. ___**04-32528**___

_____
                    Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. <br><br>**Representing:** <br>**Steven's Mini Mart** | | | | | **Jensen & Sullivan Geri** <br>P.O. Box 150612 <br>Ogden, UT 84415 | | | | |
| Account No. **Pxxx007-0** <br>**Creditor #: 30** <br>**The Living Scriptures** <br>**3625 Harrison Blvd.** <br>**Ogden, UT 84403** | | J | | | **2000** <br>**Services Rendered** | | | | 117.77 |
| Account No. **xxx-xx-2267** <br>**Creditor #: 31** <br>**UHEAA** <br>**P.O. Box 1379** <br>**Salt Lake City, UT 84110** | | J | | | **1991-1993** <br>**Student Loan** | | | | 12,893.80 |
| Account No. <br><br>**Representing:** <br>**UHEAA** | | | | | **Utah Higher Education Assist.** <br>PO Box 45202 <br>SLC, UT 84145 | | | | |
| Account No. | | | | | | | | | |

Sheet no. __**10**__ of __**10**__ sheets attached to Schedule of
Creditors Holding Nonpriority Claims

| | |
|---|---|
| Subtotal <br>(Total of this page) | 13,011.57 |
| Total <br>(Report on Summary of Schedules) | 87,082.90 |

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re  **David R. Porter,**
      **DeAnn F. Porter**

Case No. __**04-32528**__

———————————————————————————————
Debtors

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:   A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate
schedule of creditors.

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

 

___0___  continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL • (800) 492-8037

In re    **David R. Porter,**
        **DeAnn F. Porter**

Case No. _____ **04-32528** _____

Debtors

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

 

**0**    continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6I
(12/03)

In re   **David R. Porter,**
    **DeAnn F. Porter**
             Debtors

Case No.   **04-32528**

# SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP | AGE |
| **Married** | **Daughter** | **11** |
| | **Daughter** | **13** |
| | **Daughter** | **15** |
| | **Son** | **7** |
| | **Son** | **9** |
| | **Daughter** | |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Office Manager/Mortgage Broker** | **Delivery Driver** |
| Name of Employer | **Self: Working thru Desert Valley Mort** | **Bloomers** |
| How long employed | **3 Months** | **2 Years** |
| Address of Employer | **47 South 400 East Ste A** **Saint George, UT 84770** | **435 N 1680 S** **Saint George, UT 84770** |

INCOME: (Estimate of average monthly income)

| | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ 0.00 | $ 291.00 |
| Estimated monthly overtime | $ 0.00 | $ 0.00 |
| SUBTOTAL | $ 0.00 | $ 291.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ 23.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify) | $ 0.00 | $ 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 23.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 268.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 4,770.00 | $ 0.00 |
| Income from real property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| Social security or other government assistance (Specify) | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| Pension or retirement income | | |
| Other monthly income (Specify)  **Insurance residuals** | $ 600.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| | $ 5,370.00 | $ 268.00 |
| TOTAL MONTHLY INCOME | | |
| TOTAL COMBINED MONTHLY INCOME | $ **5,638.00** | |

(Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document: **Wife works part time during the school year, does not work during off-school times/summer. Her income is annualized.**

## MONTHLY BUSINESS BUDGET

Name: David Porter _____   Case No.: __04-32528__ _____

### BUSINESS INCOME

| | | |
|---|---|---|
| 1. | Income from sales and services | $6,000.00 |
| 2. | Other (specify) | |
| 3. | Other (specify) | |
| 4. | Other (specify) | |
| 5. | Other (specify) | |
| 6. | TOTAL BUSINESS INCOME | $6,000.00 |

### BUSINESS EXPENSES

| | | |
|---|---|---|
| 7. | Advertising | $200.00 |
| 8. | Licenses, Associates dues etc | $20.00 |
| 9. | Cell phone | $160.00 |
| 10. | Fuel | $300.00 |
| 11. | Lodging, Travel etc | $150.00 |
| 12. | Promotions, Client incentives | $150.00 |
| 13. | Supplies | $50.00 |
| 14. | Loan Closing Assistant | $200.00 |
| 15. | Other (specify) | |
| 16. | TOTAL BUSINESS EXPENSE | $1,230.00 |
| 17. | Net income/loss (line 6 - line 16) | $4,770.00 |

Case No. __04-32528_____

In re    **David R. Porter,**
        **DeAnn F. Porter**
                                    ,
                            Debtors

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 1,400.00 |
| Are real estate taxes included?    Yes_____  No  **X**____ | |
| Is property insurance included?    Yes_____  No  **X**____ | $ 194.00 |
| Utilities:  Electricity and heating fuel | $ 194.00 |
| Water and sewer | $ 67.00 |
| Telephone | $ 50.00 |
| Other____ **Internet**_____ | $ 42.00 |
| Home maintenance (repairs and upkeep) | $ 70.00 |
| Food | $ 900.00 |
| Clothing | $ 130.00 |
| Laundry and dry cleaning | $ 35.00 |
| Medical and dental expenses | $ 70.00 |
| Transportation (not including car payments) | $ 100.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 175.00 |
| Charitable contributions | $ 500.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
| Homeowner's or renter's | $ 0.00 |
| Life | $ 0.00 |
| Health | $ 275.00 |
| Auto | $ 65.00 |
| Other____ **School Lunch, Fees, and Supplies**_____ | $ 195.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify)____ **Vehicle taxes, license and registration**_____ | $ 20.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | |
| Auto | $ 0.00 |
| Other____ **Self Employment taxes**_____ | $ 550.00 |
| Other_____ | $ 0.00 |
| Other_____ | $ 0.00 |
| Alimony, maintenance, and support paid to others | $ 0.00 |
| Payments for support of additional dependents not living at your home | $ 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 50.00 |
| Other____ **Vehicle maintenance, repairs, tires etc**_____ | $ 0.00 |
| Other_____ | |
| **TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules) | $ 4,888.00 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---:|
| A. Total projected monthly income | $ 5,638.00 |
| B. Total projected monthly expenses | $ 4,888.00 |
| C. Excess income (A minus B) | $ 750.00 |
| D. Total amount to be paid into plan each __**Monthly**_____ | $ 750.00 |
|                    (interval) | |

## United States Bankruptcy Court
### District of Utah

In re   David R. Porter
        DeAnn F. Porter
        _____   Case No.   04-32528
                        Debtor(s)             Chapter    13

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __25__ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date   __8/17/04__         Signature   _____
                                       David R. Porter
                                       Debtor

Date   __8/17/04__         Signature   _____
                                       DeAnn F. Porter
                                       Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.